JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDICA SCIENTIA INNOVATION RESEARCH S.L., <br><br> Plaintiff, <br><br> v. <br><br> PUMA BIOTECHNOLOGY, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:20-cv-11724-CAS-KSx <br><br> **ORDER ENTERING JUDGMENT PURSUANT TO FRCP 68** |

### ENTRY OF JUDGMENT

Upon consideration of Defendant Puma Biotechnology, Inc.'s ("Defendant") Offer of Judgment to Plaintiff Medica Scientia Innovation Research, S.L. ("Plaintiff") and Plaintiff's timely notice of acceptance of the Offer of Judgment, and pursuant to Federal Rule of Civil Procedure 68(a), the Court hereby enters judgment in favor of Plaintiff Medica Scientia Innovation Research S.L. and against Defendant Puma Biotechnology, Inc. as follows:

1. Judgment is entered in favor of Plaintiff in the amount of eighty-thousand dollars ($80,000);
2. Each party shall bear its own attorney's fees and costs.

1  The Court also dismisses any claims against all unidentified Doe Defendants.
2  Accordingly, the Court vacates all pending dates and removes this matter from the
3  Court's calendar.
4      IT IS SO ORDERED

6  Dated: August 2, 2021

                    */s/ Christina A. Snyder*
7                      Hon. Christina A. Snyder
8                      United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US-DOCS\125200580.1

2

NOTICE OF PLAINTIFF MEDSIR'S ACCEPTANCE OF
RULE 68 OFFER OF JUDGMENT

048623-0031